# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07CV6745
Keith Baxter v. Kawasaki Motors Corp., U.S.A.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Kawasaki Motors Corp., U.S.A.

| |
|---|
| NAME (Type or print)<br>William R. Bay |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William R. Bay |
| FIRM<br>Thompson Coburn LLP |
| STREET ADDRESS<br>One U.S. Bank Plaza |
| CITY/STATE/ZIP<br>St. Louis, MO 63101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6181670 | TELEPHONE NUMBER<br>(314) 552-6000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |