IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH BAXTER, ) | |
| ) | |
| Plaintiff, on behalf of himself and ) all others similarly situated, ) | |
| ) | Cause No. 07C 6745 |
| v. ) | |
| ) | Judge: William T. Hart |
| KAWASAKI MOTORS CORP., U.S.A. ) | |
| ) | Magistrate: Arlander Keys |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE AND CONSENT MOTION FOR
ADDITIONAL TIME TO FILE ANSWER AND/OR OTHER RESPONSIVE PLEADING**

COMES NOW William R. Bay and Thompson Coburn LLP and hereby enter their appearance on behalf of Kawasaki Motors Corp., U.S.A., ("KMC"). KMC also hereby requests an additional thirty (30) days, or until March 24, 2008, in which to file its Answer and/or other responsive pleading, including but not limited to, KMC's motion to dismiss for failure to state a claim or for improper venue or KMC's motion to transfer for forum non conveniens. Plaintiff consents to KMC's request for additional time.

          Respectfully submitted,

          /s/ William R. Bay
          William R. Bay, #6181670
          One US Bank Plaza
          St. Louis, Missouri 63101
          314-552-6000
          FAX 314-552-7000
          wbay@thompsoncoburn.com

          Attorney for Defendant,
          Kawasaki Motors Corp., U.S.A.

OF COUNSEL:
THOMPSON COBURN LLP

4689745.1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Jorge Sanchez | Aaron D. Radbil |
| Carol Nguyen | Gregory H. Moss |
| DESPRES SCHWARTZ & GEOGHEGAN | Scott M. Cohen |
| 77 West Washington Street, Suite 711 | KROHN & MOSS, LTD. |
| Chicago, IL 60602 | 120 West Madison Street, 10th Floor |
| | Chicago, IL 60602 |

      /s/ William R. Bay
William R. Bay, #6181670
Attorney for Defendant
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
wbay@thompsoncoburn.com