

Kawasaki Motors Corp., U.S.A.

February 1, 2007

Keith D. Baxter
66 Elizabeth Place
Canfield, OH 44406-1590

Dear Mr. Baxter:

Thank you for your recent correspondence to our office. We are sorry that your letter was prompted by dissatisfaction with the speedometer accuracy of your 2006 Kawasaki VN1600G6F, as you describe.

Please be advised that due to strict federal government regulations, vehicle manufacturers who distribute product in the United States cannot distribute vehicles with speedometers that register lower than actual speed. To comply with these regulations, Kawasaki Motors Corp., U.S.A., along with other manufacturers distributes product with speedometers that will register higher speed than actual speed.

As discussed on 12-28-06 the acceptable tolerance for Kawasaki is an error rate of up to 10 percent. Also discussed at that time, if your motorcycle is still in its warranty period and you believe its speedometer exceeds this error rate, you can contact your Kawasaki dealer to verify the margin of error with another of the same model. If the error rate exceeds ten percent, the dealer will replace the speedometer under the normal product warranty.

However, Kawasaki does not support the use of after market devices described within your letter and we cannot grant your request that under our warranty one of these units be installed. Furthermore, installation of such a unit constitutes modification of your motorcycle and thus would exclude any further warranty coverage associated with any meter/speedometer issues should one arise.

While we are sorry that we cannot directly grant your request, we thank you for the opportunity to respond.

Sincerely,

KAWASAKI MOTORS CORP., U.S.A.

Mark Giest
Consumer Services

MNG/mng

Log #
325286

EXHIBIT A

P.O. Box 25252
Santa Ana, California
92799-5252

949/770-0400
Fax 949/460-5600
www.kawasaki.com

9950 Jeronimo Road
Irvine, California
92618-2084