IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BAXTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07C-6745 |
| | ) | |
| v. | ) | Judge William Hart |
| | ) | |
| KAWASAKI MOTORS CORP., U.S.A., | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    Counsel of Record

**PLEASE TAKE NOTICE** that on April 2, 2007 at 11:00 a.m., or as soon thereafter as counsel may be heard, Defendant Kawasaki Motors Corp., U.S.A., by and through its undersigned counsel, shall appear before the Honorable Judge William T. Hart or any Judge sitting in his stead, in Room 2243, Dirksen Federal Building, Chicago, Illinois and present its Motion to Dismiss.

Respectfully submitted,

/s/ William R. Bay
Richard A. Mueller, #01981617 (*pro hac vice*)
William R. Bay, #6181670
Carl J. Pesce, # 06203252 (*pro hac vice*)
Paul D. Lawrence, # 06276610 (*pro hac vice*)
One US Bank Plaza
St. Louis, Missouri  63101
314-552-6000
FAX 314-552-7000
rmueller@thompsoncoburn.com
wbay@thompsoncoburn.com
cpesce@thompsoncoburn.com
plawrence@thompsoncoburn.com

Attorneys for Defendant

OF COUNSEL:
THOMPSON COBURN LLP

4712093.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: Jorge Sanchez, Carol Nguyen, DESPRES SCWARTZ & GEOGHEGAN, 77 West Washington Street, Suite 711, Chicago, IL 60602 and Aaron D. Radbil, Gregory H. Moss, Scott M. Cohen, KROHN & MOSS, LTD., 120 West Madison Street, 10th Floor, Chicago, IL 60602

/s/ William R. Bay
Richard A. Mueller, #01981617 (*pro hac vice*)
William R. Bay, #6181670
Carl J. Pesce, # 06203252 (*pro hac vice*)
Paul D. Lawrence, # 06276610 (*pro hac vice*)
One US Bank Plaza
St. Louis, Missouri  63101
314-552-6000
FAX 314-552-7000
rmueller@thompsoncoburn.com
wbay@thompsoncoburn.com
cpesce@thompsoncoburn.com
plawrence@thompsoncoburn.com

Attorneys for Defendant

OF COUNSEL:
THOMPSON COBURN LLP