# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

KEITH BAXTER, Plaintiff on behalf of himself and all others similarly situated

vs.                                                   Case Number: 07 CV 6745

Kawasaki Motors Corporation., U.S.A., Defendant.      Hon. Judge Hart
                                                      Magistrate Judge Keys

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**Kawasaki Motors Corp., U.S.A., Inc., incorrectly sued as Kawasaki Motors Corporation, U.S.A.**

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME: Jeffrey Singer, Esq. | NAME |
| FIRM: Segal McCambridge Singer & Mahoney, Ltd. | FIRM |
| STREET ADDRESS: Sears Tower, 233 S. Wacker, Ste. 5500 | STREET ADDRESS |
| CITY/STATE/ZIP: Chicago, IL 60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: (312) 645-7800   FAX No. (312) 645-7711 | TELEPHONE NUMBER   FAX No. |
| E-MAIL ADDRESS: jsinger@smsm.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 2620510 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| ADDITIONAL COUNSEL? YES ☒ NO ☐ | |
| DESIGNATED LEAD COUNSEL? YES ☒ NO ☐ | |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX No. | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |