UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH BAXTER, on behalf of himself and all others similarly situated.<br><br>               Plaintiff,<br>v.<br><br>KAWASAKI MOTORS CORPORATION, U.S.A.<br><br>               Defendant. | )<br>)<br>)  Case 07-CV-6745<br>)  Hon. Judge Hart<br>)  Magistrate Judge Keys<br>)<br>)<br>)<br>)<br>)<br>) |

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 31st day of March, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Urbana Division, **Defendant Kawasaki Motors Corp., U.S.A. incorrectly sued as Kawasaki Motors Corporation, U.S.A.'s Appearance for Attorney Jeffrey Singer**, copies of which are attached hereto.

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By: _____
One of the attorneys for Kawasaki Motors Corp., U.S.A., Inc., incorrectly sued as Kawasaki Motors Corporation, U.S.A.

Jeffrey Singer, Esq.
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800

**CERTIFICATE OF SERVICE**

I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the above-mentioned pleading(s) was served upon all counsel of record listed via electronic court filing service and enclosing a copy(ies) of the same in an envelope, sealed, postage prepaid and deposited in the U.S. Mail at Sears Tower, 233 South Wacker Drive, Chicago, Illinois on this 31st day of **March, 2008.**

_____
Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct

960521_1.DOC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH BAXTER, on behalf of himself and all others similarly situated. ) ) ) | |
| Plaintiff, ) | Case 07-CV-6745 |
| v. ) ) | Hon. Judge Hart |
| ) | Magistrate Judge Keys |
| KAWASAKI MOTORS CORP., U.S.A., INC. ) ) | |
| Defendant. ) | |

**SERVICE LIST**

**PLAINTIFF'S ATTORNEY**
Aaron D. Radbil, Esq.
Gregory H. Moss, Esq.
Scott M. Cohen, Esq.
Krohn & Moss, Ltd.
120 West Madison Street, 10th Floor
Chicago, Illinois  60602
Phone:  (312) 578-9428

**PLAINTIFF'S CO-COUNSEL**
Jorge Sanchez, Esq.
Carol Nguyen, Esq.
Despres Schwartz & Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois  60602
Phone:  (312) 372-7391

**KAWASAKI ATTORNEY**
Jeffrey Singer, Esq.,
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, Illinois  60606
Phone:  (312) 645-7800
Fax:  (312) 645-7711
jsinger@smsm.com

**KAWASAKI CO-COUNSEL**
Richard A. Mueller, Esq.
William R. Bay, Esq.
Carl J. Pesce, Esq.
Paul D. Lawrence, Esq.
One US Bank Plaza
St. Louis, Missouri 63101
Phone: (314) 552-6000
Fax: (314) 552-7000
rmueller@thompsoncoburn.com
wbay@thompsoncoburn.com
cpesce@thompsoncoburn.com
plawrence@thompsoncoburn.com


960451_1.DOC