# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

KEITH BAXTER, Plaintiff on behalf of himself and all others similarly situated

vs.

Kawasaki Motors Corporation., U.S.A., Defendant.

Case Number: 07 CV 6745

Hon. Judge Hart

Magistrate Judge Keys

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**Kawasaki Motors Corp., U.S.A., Inc., incorrectly sued as Kawasaki Motors Corporation, U.S.A.**

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Misty R. Martin, Esq. | NAME |
| FIRM Segal McCambridge Singer & Mahoney, Ltd. | FIRM |
| STREET ADDRESS Sears Tower, 233 S. Wacker, Ste. 5500 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 645-7800    FAX No. (312) 645-7711 | TELEPHONE NUMBER    FAX No. |
| E-MAIL ADDRESS  mmartin@smsm.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6284999 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☒ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☒  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| ADDITIONAL COUNSEL?  YES ☐  NO ☒ | |
| DESIGNATED LEAD COUNSEL?  YES ☐  NO ☒ | |

| (C) | (D) |
|---|---|
| SIGNATURE  /s/ Misty R. Martin | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER    FAX No | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |