IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BAXTER, | ) | |
| | ) | |
| Plaintiff, on behalf of himself and all others similarly situated, | ) ) | |
| | ) | JURY DEMANDED |
| | ) | |
| v. | ) | No. 07 C 6745 |
| | ) | |
| KAWASAKI MOTORS CORP., U.S.A., and KAWASAKI HEAVY INDUSTRIES, LTD. | ) ) | Judge: William Hart |
| | ) | |
| Defendant. | ) | Magistrate: Arlander Keys |

**NOTICE OF FILING**

TO: COUNSEL OF RECORD

Please take notice that the undersigned caused to be filed with the Northern District of Illinois United States Court, Eastern Division, Plaintiffs' Amended Class Action Complaint.

Date: April 24, 2008

By: s/ Carol Nguyen
One of the Attorneys for Plaintiff

Jorge Sanchez
Carol Nguyen
Thomas Geoghegan
DESPRES SCHWARTZ & GEOGHEGAN
77 West Washington Street
Suite 711
Chicago, IL 60602
(312) 372-7391

Aaron D. Radbil
Gregory H. Moss
Scott M. Cohen
KROHN & MOSS, LTD.
120 West Madison Street
10th Floor
Chicago, IL 60602
(312) 578-9428

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on February 26, 2008, she caused a copy of Plaintiffs' Amended Complaint, to be served by the Court's ECF/electronic mailing system upon the counsel of record.

                                              s/ Carol Nguyen
                                              One of the Attorneys for plaintiff