UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEITH BAXTER, on behalf of himself and all others similarly situated. | ) ) ) | |
| Plaintiff, | ) ) | Case 07-CV-6745 |
| v. | ) ) | Hon. Judge Hart |
| | ) | Magistrate Judge Keys |
| KAWASAKI MOTORS CORPORATION, U.S.A. | ) ) ) | |
| Defendant. | ) ) | |

TO:

| | |
|---|---|
| Aaron D. Radbil, Esq. | Jorge Sanchez, Esq. |
| Gregory H. Moss, Esq. | Carol Nguyen, Esq. |
| Scott M. Cohen, Esq. | Despres Schwartz & Geoghegan |
| Krohn & Moss, Ltd. | 77 West Washington Street, Suite 711 |
| 120 West Madison Street, 10th Floor | Chicago, Illinois  60602 |
| Chicago, Illinois  60602 | |

## NOTICE OF MOTION

PLEASE BE ADVISED that on the 30th day of **April**, 2008 at 11**:00 a.m.**, we will present before the Honorable Judge William Hart in Room 2243 of the U.S. District Court for the Northern District of Illinois, Dirksen Building, 219 South Dearborn, Chicago, Illinois, Defendant, **Kawasaki Motors Corp., U.S.A.'s** Motion For Protective Order, a copy of which is attached hereto.

SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.

BY:   /s/ Misty R. Martin
One of the Attorneys for Defendant,
**Kawasaki Motors Corp., U.S.A.**

Jeffrey Singer
Misty R. Martin
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500, 233 South Wacker Drive
Chicago, Illinois 60606
Tel:    (312) 645-7800
Fax:   (312) 645-7711

2

## PROOF OF SERVICE

    I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the Notice of Motion for Protective Order was served upon counsel of record via Court's electronic filing system on this 28th day of April, 2008.


                        BY:   /s/ Misty R. Martin
                                   One of the Attorneys for
                                   **Kawasaki Motors Corp., U.S.A.**
                                   .

Dated: April 28, 2008