IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BAXTER, | ) | |
| | ) | |
| Plaintiff, on behalf of himself and | ) | |
| all others similarly situated, | ) | |
| | ) | JURY DEMANDED |
| | ) | |
| v. | ) | No. 07 C 6745 |
| | ) | |
| KAWASAKI MOTORS CORP., U.S.A., | ) | |
| and KAWASAKI HEAVY INDUSTRIES, LTD. | ) | Judge: William Hart |
| | ) | |
| Defendant. | ) | Magistrate: Arlander Keys |

**PLAINTIFF'S MOTION FOR ONE (1) DAY EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT, KAWASAKI MOTORS CORP., U.S.A.'S, MOTION TO DISMISS**

NOW COMES the Plaintiff, KEITH BAXTER ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and DESPRES SCHWARTZ & GEOGHEGAN, hereby moves this Court for an extension of one (1) day to file his Response to Defendant, KAWASAKI MOTORS CORP., U.S.A.'S, Motion to Dismiss. In support thereof, Plaintiff states as follows:

1.   On November 30, 2007, Plaintiff filed his Original Class Action Complaint, alleging violations of 49 U.S.C. §32701 et. seq.

2.   On March 24, 2008, Defendant, KAWASAKI MOTORS CORP., U.S.A., filed its Motion to Dismiss Plaintiff's Complaint, as well as its supporting memorandum of law.

3.   On April 2, 2008 this Court provided Plaintiff until April 30, 2008 to file its response to Defendant, KAWASAKI MOTORS CORP., U.S.A.'S, Motion to Dismiss.

4.     On April 24, 2008, Plaintiff filed his Amended Class Action Complaint, adding KAWASAKI HEAVY INDUSTRIES, INC., as a Defendant, and pleading certain facts with more particularity.

5.     Hearing on Defendant's Motion for Protective Order is currently set for May 1, 2008.

6.     Plaintiff requests an extension of time to file his Response to Defendant, KAWASAKI MOTORS CORP., U.S.A.'S, Motion to Dismiss, pending this Court's determination as to whether Plaintiff's Amended Class Action Complaint moots Defendant, KAWASAKI MOTORS CORP., U.S.A.'S, Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests an extension of one (1) day to file his Response to Defendant, KAWASAKI MOTORS CORP., U.S.A.'S, Motion to Dismiss

By: s/Aaron D. Radbil
Aaron D. Radbil

| | |
|---|---|
| Jorge Sanchez | Aaron D. Radbil |
| Carol Nguyen | Gregory H. Moss |
| Thomas Geoghegan | Scott M. Cohen |
| DESPRES SCHWARTZ & GEOGHEGAN | KROHN & MOSS, LTD. |
| 77 West Washington Street | 120 West Madison Street |
| Suite 711 | 10th Floor |
| Chicago, IL 60602 | Chicago, IL 60602 |
| (312) 372-7391 | (312) 578-9428 |