IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BAXTER, | ) | |
| | ) | |
|     Plaintiff, on behalf of himself and | ) | |
|     all others similarly situated, | ) | |
| | ) | JURY DEMANDED |
| | ) | |
|     v. | ) | No. 07 C 6745 |
| | ) | |
| KAWASAKI MOTORS CORP., U.S.A., | ) | |
| and KAWASAKI HEAVY INDUSTRIES, LTD. | ) | Judge: William Hart |
| | ) | |
|     Defendant. | ) | Magistrate: Arlander Keys |

**NOTICE OF MOTION**

TO: Counsel of Record

PLEASE TAKE NOTICE that on Thursday, the 1st day of May 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable William Hart or any Judge sitting in his stead in Courtroom 2243 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present **PLAINTIFF'S MOTION FOR ONE (1) DAY EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT, KAWASAKI MOTORS CORP., U.S.A.'S, MOTION TO DISMISS**, a copy of which is attached hereto and served upon you.

                                                                                                 S/ Carol Nguyen
                                                                            One of the attorneys for plaintiffs

Thomas H. Geoghegan
Jorge Sanchez
Carol Nguyen
Despres Schwartz & Geoghegan
77 W. Washington, Suite 711
Chicago, IL 60602

## CERTIFICATE OF SERVICE

I, Carol Nguyen, certify that a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon counsel of record.

By: s/Carol Nguyen_____