UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Keith Baxter
                                    Plaintiff,
v.                                                    Case No.: 1:07−cv−06745
                                                      Honorable William T. Hart
Kawasaki Motors Corp., U.S.A.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

MINUTE entry before Judge Honorable William T. Hart:Motion hearing held. Defendant's motion for protective order [28] is granted as stated in open court; parties to submit signature order. Defendant Kawasaki Motors Corp., U.S.A.'s motion to dismiss plaintiff's complaint will stand as to the amended complaint. Plaintiff's motion for extension of time [31] is granted; plaintiff's response to motion to dismiss[20] is extended to 5/8/2008; reply extended to 5/15/2008. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.