IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH BAXTER, ) | |
| ) | |
| Plaintiff, on behalf of himself and ) | |
| all others similarly situated, ) | |
| ) | JURY DEMANDED |
| ) | |
| v. ) | No. 07 C 6745 |
| ) | |
| KAWASAKI MOTORS CORP., U.S.A., ) | |
| and KAWASAKI HEAVY INDUSTRIES, LTD. ) | Judge: William Hart |
| ) | |
| Defendants. ) | Magistrate: Arlander Keys |

**NOTICE OF FILING**

TO: COUNSEL OF RECORD

Please take notice that the undersigned caused to be filed with the Northern District of Illinois United States Court, **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT, KAWASAKI MOTORS CORP., U.S.A.'S MOTION TO DISMISS**

Date: May 8, 2008

s/ Carol Nguyen
One of the attorneys for Plaintiffs

| | |
|---|---|
| Jorge Sanchez | Aaron D. Radbil |
| Carol Nguyen | Gregory H. Moss |
| Thomas Geoghegan | Scott M. Cohen |
| DESPRES SCHWARTZ & GEOGHEGAN | KROHN & MOSS, LTD. |
| 77 West Washington Street | 120 West Madison Street |
| Suite 711 | 10th Floor |
| Chicago, IL 60602 | Chicago, IL 60602 |
| (312) 372-2511 | (312) 578-9428 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 8, 2008, she caused a copy of **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT, KAWASAKI MOTORS CORP., U.S.A.'S MOTION TO DISMISS**, to be served by the Court's ECF/electronic mailing system upon the counsel of record.

                                                s/ Carol Nguyen
                                                One of the attorneys for Plaintiffs