
Order Form (01/2005) 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6745 | DATE | JULY 17, 2008 |
| CASE TITLE | KEITH BAXTER, etc. v. KAWASAKI MOTORS CORP., U.S.A., et al. | | |

**DOCKET ENTRY TEXT**

Defendant's motion to dismiss [20] is granted. Class certification is denied. The Clerk of the Court is directed to correct the docket to reflect that Kawasaki Heavy Industries, Ltd. is also a defendant in this action. The Clerk of the Court is further directed to enter judgment in favor of defendants and against plaintiff dismissing plaintiff's individual cause of action with prejudice and dismissing the claims of the putative class without prejudice.

■ [ For further detail see attached Opinion and Order.]



Notices (4) mailed by Judicial staff.
*Mail AO 450 form.

| | Courtroom Deputy | CW |
|---|---|---|



2008 JUL 17 PM 4:50

U.S. DISTRICT COURT
FILED