# United States District Court
## Northern District of Illinois
### Eastern Division

Keith Baxter

v.

Kawasaki Motors Corp., U.S.A., et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 6745

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Kawasaki Motors Corp., U.S.A. and Kawasaki Heavy Industries, Ltd. and against plaintiff Keith Baxter dismissing plaintiff's individual cause of action with prejudice and dismissing the claims of the putative class without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 7/17/2008

/s/ Carol Wing, Deputy Clerk