# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Date:  7/21/08                          Case No. 07 C 6745

Case Title:                             Judge:   William T. Hart

     Baxter v. Kawasaki Motors Corp

## ⊞
## NOTICE OF CORRECTION

**The following error was found in document no.**  43

☑ The document has been filed in the incorrect case.

☐ The document is filed in the correct case, but the case number and case title do not match.

☐ The incorrect document (PDF file) was linked to the entry

☐ The incorrect file date was entered.

☐ The incorrect type of event was used to describe the document.

☐ The title of the document does not match the text of the entry.

☐ The entry is a duplicate of entry no. 105

☐ Other:

**Corrective action taken by the Clerk:**

☑ The text of the entry has been edited and the PDF file has been replaced.

☐ The following notation has been added to the text  of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number.*)

☐ The correct document (PDF file) has been linked to the entry.

☐ The file date  has been corrected.

☐ The text of the entry has been edited.

☐ The text of the entry has been edited to read "Duplicate filing of document number."

☐ Other:

**Corrective action required by the filer:**

☐ The document must be refiled.

☐ Other:

Michael W. Dobbins, Clerk of Court

By:     s/ Sheila Moore
        _____
        Deputy Clerk

NDIL (10/05) Notice of Correction