IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BAXTER, | ) | |
|     Plaintiff, on behalf of himself and | ) | No. 07 C 6745 |
|     all others similarly situated, | ) | |
| | ) | Judge William T. Hart |
| v. | ) | |
| | ) | |
| KAWASAKI MOTORS CORP., U.S.A., | ) | |
| and KAWASAKI HEAVY INDUSTRIES, LTD. | ) | |
|     Defendants. | ) | |

### NOTICE OF MOTIONS

To:
| | |
|---|---|
| Paul D Lawrence | Misty Rose Martin |
| Richard A. Mueller | Jeffrey Singer |
| William Robert Bay | Robert John McLaughlin |
| Thompson Coburn | Segal, McCambridge, Singer & Mahoney |
| Carl J. Pesce | 233 South Wacker Drive |
| One US Bank Plaza | Suite 5500 |
| Suite 3500 | Chicago, IL 60606 |
| St. Louis, MO 63101-1693 | |

    PLEASE TAKE NOTICE that on Wednesday August 6, 2008, at 11:00 a.m. or as soon thereafter as counsel maybe heard, I shall appear before the Honorable William Hart or any Judge sitting in his stead in Courtroom 2243 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present Plaintiff's Motion for Leave to File Second Amended Complaint and Plaintiff's Motion to Reconsider Court's Order Dismissing Plaintiff's Amended Complaint, with attachments copies of which are attached and hereby served upon you.

    Respectfully Submitted,

    By:   /s/ Jorge Sanchez
         One of Plaintiffs' Attorneys

| | |
|---|---|
| Jorge Sanchez | Aaron D. Radbil |
| Carol Nguyen | Gregory H. Moss |
| Thomas Geoghegan | Scott M. Cohen |
| DESPRES SCHWARTZ & GEOGHEGAN | KROHN & MOSS, LTD. |
| 77 West Washington Street | 120 West Madison Street |
| Suite 711 | 10th Floor |
| Chicago, IL 60602 | Chicago, IL 60602 |
| (312) 372-7391 | (312) 578-9428 |

## CERTIFICATE OF SERVICE

I, Jorge Sanchez, hereby certify that true and correct copies of the foregoing Plaintiff's Motion for Leave to File Second Amended Complaint and Plaintiff's Motion to Reconsider Court's Order Dismissing Plaintiff's Amended Complaint, with attachments, were served upon all counsel of record by electronic filing on July 31, 2008.

    /s/ Jorge Sanchez