# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Keith Baxter
                                    Plaintiff,

v.                                                    Case No.: 1:07−cv−06745
                                                      Honorable William T. Hart

Kawasaki Motors Corp., U.S.A., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2008:

    MINUTE entry before the Honorable William T. Hart:Plaintiff's motion for reconsideration [45] and motion for leave to file second amended complaint [46] noticed for 8/6/2008 are reset to 8/13/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.