IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BAXTER, | ) | |
|     Plaintiff, on behalf of himself and | ) | No. 07 C 6745 |
|     all others similarly situated, | ) | |
| | ) | Judge William T. Hart |
| v. | ) | |
| | ) | |
| KAWASAKI MOTORS CORP., U.S.A., | ) | |
| and KAWASAKI HEAVY INDUSTRIES, LTD. | ) | |
|     Defendants. | ) | |

## NOTICE OF FILING

To:  Paul D Lawrence                Misty Rose Martin
     Richard A. Mueller             Jeffrey Singer
     William Robert Bay             Robert John McLaughlin
     Thompson Coburn                Segal, McCambridge, Singer & Mahoney
     Carl J. Pesce                  233 South Wacker Drive
     One US Bank Plaza              Suite 5500
     Suite 3500                     Chicago, IL 60606
     St. Louis, MO 63101-1693

PLEASE TAKE NOTICE that on Friday August 22, 2008, I filed, pursuant to leave granted by the Court, and with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division in Room 2000, 219 South Dearborn Street, Chicago, Illinois, by electronic filing Plaintiff's Second Amended Class Action Complaint and attachments a copy of which is hereby served upon you. (In filing this complaint plaintiff notes that count three of the complaint has already been dismissed by the Court, but files this version containing count three so as to file the complaint which was originally proposed and filed with the Court.)

                                                                                         Respectfully Submitted,

                                                                                         By:   /s/ Jorge Sanchez
                                                                                                  One of Plaintiffs' Attorneys

Jorge Sanchez                           Aaron D. Radbil
Carol Nguyen                            Gregory H. Moss
Thomas Geoghegan                        Scott M. Cohen
DESPRES SCHWARTZ & GEOGHEGAN            KROHN & MOSS, LTD.
77 West Washington Street               120 West Madison Street
Suite 711                               10th Floor
Chicago, IL 60602                       Chicago, IL 60602
(312) 372-7391                          (312) 578-9428

## **CERTIFICATE OF SERVICE**

I, Jorge Sanchez, hereby certify that true and correct copies of the foregoing Plaintiff's Second Amended Class Action Complaint were served upon all counsel of record by electronic filing on August 22, 2008

/s/ Jorge Sanchez