UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH BAXTER, on behalf of himself and all others similarly situated.<br><br>     Plaintiff,<br>v.<br><br>KAWASAKI MOTORS CORPORATION, U.S.A., KAWASAKI HEAVY INDUSTRIES, LTD AND DOES 1-3<br><br>     Defendant. | )<br>)<br>)<br>) Case 07-CV-6745<br>)<br>) Hon. Judge Hart<br>)<br>) Magistrate Judge Keys<br>)<br>)<br>) |

## **DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

  Defendant, Kawasaki Motors Corporation, U.S.A. moves this Court for an entry of a Protective Order. In support of this motion, Defendant state as follows:

  1.  Plaintiff, Keith Baxter has brought this putative class action against Defendant asserting claims arising from his ownership and use of a 2006 Kawasaki Vulcan Nomad 1600 motorcycle ("subject motorcycle") that he alleges was designed, manufactured and marketed by the Defendant. The crux of Plaintiff's Complaint arises out of his claim the mileage registered by the odometer on the subject motorcycle was inflated above the mileage actually traveled. Plaintiff claims he verified the inflated odometer readings via two global positioning satellite ("GPS") devices.

  2.  Based on the allegations set forth in Plaintiff's Complaint, it is clear that the subject motorcycle and GPS devices are essential evidence in this case. Thus, it is necessary that they are properly preserved for use during this litigation and at trial.

  3.  Accordingly, Defendant seeks to have this Court enter the Protective Order that is attached hereto as Exhibit A.

4.     Counsel for the Defendant has complied with Local Rule 37.2 of the United States District Court for the Northern District of Illinois.  See Exhibit B.

WHEREFORE, for the foregoing reasons, Defendant prays that this Honorable Court grant their Motion for Protective Order, and further prays that this Court enter the proposed Order attached hereto as Exhibit A.

>                        Respectfully submitted,
>
>                        /s/ Misty R. Martin
>                        Jeffrey Singer, Esq.
>                        Misty R. Martin, Esq.
>                        SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
>                        Sears Tower, Suite 5500
>                        233 S. Wacker Drive
>                        Chicago, Illinois  60606
>                        (312) 645-7800
>                        (312) 645-7711

Dated: August 22, 2008