IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BAXTER, | ) | |
|     Plaintiff, on behalf of himself and | ) | No. 07 C 6745 |
|     all others similarly situated, | ) | |
| | ) | Judge William T. Hart |
| v. | ) | |
| | ) | |
| KAWASAKI MOTORS CORP., U.S.A., | ) | |
| and KAWASAKI HEAVY INDUSTRIES, LTD. | ) | |
|     Defendants. | ) | |

**NOTICE OF MOTION**

To:  Paul D Lawrence                           Misty Rose Martin
     Richard A. Mueller                         Jeffrey Singer
     William Robert Bay                         Robert John McLaughlin
     Thompson Coburn                            Segal, McCambridge, Singer & Mahoney
     Carl J. Pesce                              233 South Wacker Drive
     One US Bank Plaza                          Suite 5500
     Suite 3500                                 Chicago, IL 60606
     St. Louis, MO 63101-1693

   PLEASE TAKE NOTICE that on Wednesday September 11, 2008, at 11:00 a.m. or as soon thereafter as counsel maybe heard, I shall appear before the Honorable William Hart or any Judge sitting in his stead in Courtroom 2243 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present Plaintiff's Motion for Extension of Time to File Class Certification Motion a copy of which is hereby served upon you.

                                                    Respectfully Submitted,

                                                    By:    /s/ Jorge Sanchez
                                                        One of Plaintiffs' Attorneys


Jorge Sanchez                                  Aaron D. Radbil
Carol Nguyen                                   Gregory H. Moss
Thomas Geoghegan                               Scott M. Cohen
DESPRES SCHWARTZ & GEOGHEGAN                   KROHN & MOSS, LTD.
77 West Washington Street                      120 West Madison Street
Suite 711                                      10th Floor
Chicago, IL 60602                              Chicago, IL 60602
(312) 372-7391                                 (312) 578-9428

## **CERTIFICATE OF SERVICE**

I, Jorge Sanchez, hereby certify that true and correct copies of the foregoing Plaintiff's Motion for Extension of Time to File Class Certification Motion , were served upon all counsel of record by electronic filing on September 4, 2008.

    /s/ Jorge Sanchez