IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH BAXTER,       )<br>    Plaintiff, on behalf of himself and  )<br>    all others similarly situated,  )<br>    )<br>    v.  )<br>    )<br>KAWASAKI MOTORS CORP., U.S.A.,  )<br>and KAWASAKI HEAVY INDUSTRIES, LTD.  )<br>    Defendants.  ) | No. 07 C 6745<br><br>Judge William T. Hart |

### *CORRECTED* NOTICE OF MOTION

To: Paul D Lawrence                     Misty Rose Martin
    Richard A. Mueller                  Jeffrey Singer
    William Robert Bay                  Robert John McLaughlin
    Thompson Coburn                     Segal, McCambridge, Singer & Mahoney
    Carl J. Pesce                       233 South Wacker Drive
    One US Bank Plaza                   Suite 5500
    Suite 3500                          Chicago, IL 60606
    St. Louis, MO 63101-1693

PLEASE TAKE NOTICE that on Wednesday September 10, 2008, at 11:00 a.m. or as soon thereafter as counsel maybe heard, I shall appear before the Honorable William Hart or any Judge sitting in his stead in Courtroom 2243 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present Plaintiff's Motion for Extension of Time to File Class Certification Motion a copy of which was previously served upon you.

Respectfully Submitted,

By: /s/ Jorge Sanchez
One of Plaintiffs' Attorneys

Jorge Sanchez                           Aaron D. Radbil
Carol Nguyen                            Gregory H. Moss
Thomas Geoghegan                        Scott M. Cohen
DESPRES SCHWARTZ & GEOGHEGAN            KROHN & MOSS, LTD.
77 West Washington Street               120 West Madison Street
Suite 711                               10th Floor
Chicago, IL 60602                       Chicago, IL 60602
(312) 372-7391                          (312) 578-9428

## **CERTIFICATE OF SERVICE**

I, Jorge Sanchez, hereby certify that true and correct copies of the foregoing Corrected Notice of Motion, were served upon all counsel of record by electronic filing on September 8, 2008.

                                                                  /s/ Jorge Sanchez